UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS HEALTH
AND WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

JONES WATER TRUCKS, INC., et al.,

Defendants.

Case No. 25-cv-10157-AMO

**ORDER TO SHOW CAUSE**

This action was filed on November 24, 2025. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendants, such that February 23, 2026 was the last day to complete service. To date, no proof of service has been filed. Accordingly, by no later than March 12, 2026, Plaintiffs shall **SHOW CAUSE**, in writing, why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants pursuant to Rule 4(m). Plaintiffs shall also **SHOW CAUSE** why they should not be sanctioned for failing to file a case management statement by noon on March 5, 2026, a deadline set by the Clerk's Notice on Reassignment issued December 2, 2025, Dkt. No. 10. Plaintiffs' written response to this Order to Show Cause shall not exceed 3 pages. In light of Plaintiffs' failure to serve Defendants and to file a case management statement, the case management conference currently set for March 12, 2026 is **VACATED**.

      **IT IS SO ORDERED.**

Dated: March 6, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**